## UNITED STATES DISTRICT COURT
### FOR THE District of New Jersey [LIVE]
#### U.S. District Court for the District of New Jersey

DANIEL MALDONADO

                        Plaintiff,

v.                                               Case No.: 3:18–cv–11770–AET–LHG

                                               Judge Anne E. Thompson

EVERLAST LOGISTICS, LLC, et al.

                        Defendant.

### Order For Dismissal Pursuant to Fed.R.Civ.P. 4(m)

   It appears that the above captioned action having been pending for more than 90 days and the litigants having failed to effect service during this time and good cause having not been shown as to why this action should not be dismissed,

**IT IS** on this 26th day of November, 2018,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to F.R.Civ.P. 4(m), without prejudice and without costs.


            /s/ Anne E. Thompson
            _____
            ANNE E. THOMPSON United States District Judge